**ROYAL INDEMNITY COMPANY, a New York Corporation, Appellant, v. FEDERAL RESERVE BANK OF CLEVELAND, Cincinnati Branch, a United States Corporation, Appellee.**

No. 8372.

Circuit Court of Appeals, Sixth Circuit.

March 7, 1941.

Dolle, O'Donnell & Cash, of Cincinnati, Ohio, for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, and Bettinger, Schmitt & Kreis, of Cincinnati, Ohio, for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel.

On consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed April 29, 1939, 38 F.Supp. 621.

**ARKANSAS STATE RICE MILLING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 509, Original.

Circuit Court of Appeals, Eighth Circuit.

April 29, 1941.

J. F. Loughborough and George R. Smith, both of Little Rock, Ark., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, Raymond F. Brown and Percy C. Young, all of Washington, D. C., Sp. Attys., Bureau of Internal Revenue, Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and F. E. Youngman, Sp. Assts. to the Atty. Gen., for respondent.

PER CURIAM.

Petition for review of order of the United States Processing Tax Board of Review dismissed with prejudice, without taxation of costs in favor of either of the parties in this court.

**Clarence L. BATSON v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 2310.

Circuit Court of Appeals, Tenth Circuit.

May 9, 1941.

No appearance for appellant.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

On May 6, 1941, cause reversed and case remanded, with instructions to grant appellant a new trial per stipulation, pursuant to decision of Supreme Court of the United States in case of Jack Walker v. James A. Johnston, Warden, 61 S.Ct. 574, 85 L. Ed. ——, decided February 10, 1941.